**C. C. & J. ENTER., INC. v. CITY OF ASHEVILLE**

[351 N.C. 97 (1999)]

C. C. & J. ENTERPRISES, INC., PETITIONER v. CITY OF ASHEVILLE, RESPONDENT, AND JACKSON PARK/WOOLSEY NEIGHBORHOOD ASSOCIATION, INTERVENOR-RESPONDENT

No. 184PA99

(Filed 5 November 1999)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 132 N.C. App. 550, 512 S.E.2d 766 (1999), affirming an order entered 5 December 1997 by Allen (C. Walter), J., in Superior Court, Buncombe County. Heard in the Supreme Court 13 October 1999.

*Ball, Barden, & Bell, P.A., by Stephen L. Barden, III, for petitioner-appellee.*

*Robert W. Oast, Jr., for respondent-appellant.*

*Siemens Law Office, P.A., by Jim Siemens, for intervenor-respondent-appellant and -appellee.*

PER CURIAM.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.